JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MILLER ADESMAN, et al.,

Plaintiffs,

v.

JPMORGAN CHASE BANK N.A.,

Defendant.

Case No. CV 25-1304 FMO (JDEx)

**JUDGMENT**

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

Dated this 28th day of September, 2026.

/s/

Fernando M. Olguin
United States District Judge